**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | 2016 JUN -7  PM 3: 24 |
| § | |
| § | DEPUTY CLERK |
| **v.** § | **CASE NO: 1:15-CR-00011-O-BL-1** |
| § | |
| § | |
| **ORLANDO AGUIRRE, II** § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

   **ORLANDO AGUIRRE, II,** by consent, under authority of <u>United States v. Dees</u>, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea of guilty to the Indictment. After cautioning and examining **ORLANDO AGUIRRE, II,** under oath concerning each of the subjects mentioned in Rule 11, and after conducting a competency hearing pursuant to referral of the district judge[1], I determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that **ORLANDO AGUIRRE, II,** be adjudged guilty and have sentence imposed accordingly.

Date: June 7, 2016.

E. SCOTT FROST
United States Magistrate Judge

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).

---

[1] A Report and Recommendation on the issue of competency was submitted to the district judge on this date, with the recommendation that Defendant be found competent.